# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUSAN FINNEGAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08-517 |
| | ) | |
| v. | ) | Judge Fischer |
| | ) | Magistrate Judge Bissoon |
| CLAIRES STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

On August 1, 2008, this case was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On August 26, 2008, Judge Bissoon issued a Report (Doc. 18) recommending that Defendant's Motion to Dismiss (Doc. 11) be granted to the extent the Plaintiff has stated claims of pregnancy discrimination.

Service of the Report and Recommendation was made on the parties, and no objections have been filed. After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, on this _16th_ day of _September_, 2008, IT IS HEREBY ORDERED that Defendant's Motion to Dismiss (**Doc. 11**) is **GRANTED** to the extent the Complaint alleges claims of pregnancy discrimination, and the Plaintiff's pregnancy discrimination claims are dismissed with prejudice.

The Report and Recommendation dated August 26, 2008 is adopted as the opinion of the District Court.

/s/ Nora Barry Fischer
Nora Barry Fischer
United States District Judge

cc (via email):

Neal A. Sanders, Esq.
Dirk D. Beuth, Esq.
Glenn A. Duhl, Esq.
Ryan M. Debski, Esq.